1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   DEVONTE LAMAR BAILEY,              Case No. CV 22-06251 CJC (RAO)

12                  Petitioner,

13          v.                          **JUDGMENT**

14   SEAN MOORE,

15                  Respondent.

16

17          Pursuant to the Court's Order Accepting Findings, Conclusions, and

18   Recommendations of United States Magistrate Judge,

19          IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action

20   is dismissed without prejudice.

21

22

23   DATED: April 27, 2023

24                                      _____

25                                      CORMAC J. CARNEY
                                        UNITED STATES DISTRICT JUDGE
26

27

28